THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Nathaniel Suber,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2005-UP-007
Submitted January 1, 2005  Filed January 
 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Nathaniel Suber appeals the revocation of his probation.  
 In November of 1998, Suber was sentenced to five years on each of three counts 
 of third degree burglary, suspended upon the service of five years probation.  
 After Suber violated several conditions of his probation, the circuit judge 
 revoked three years of Subers original sentence.  Subers appellate counsel 
 filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  
 Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Suber 
 did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 ANDERSON, STILWELL, and SHORT, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.